TIMOTHY P. CRUDO (State Bar No. 143835)
REES F. MORGAN (State Bar No. 229899)
DANIEL M. BRUGGEBREW (State Bar No. 307037)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-tpc@cpdb.com
          ef-rfm@cpdb.com
          ef-dmb@cpdb.com

Attorneys for Petitioner Paul McLinko

ETHAN A. BALOGH (State Bar No. 172224)
COLEMAN & BALOGH LLP
235 Montgomery Street, Suite 1070
San Francisco, California 94104
Telephone: 415.391.0440
Email:    eab@colemanbalogh.com

BRETT D. KELLEY (*pro hac vice forthcoming*)
KELLEY, WOLTER & SCOTT, P.A.
Centre Village Offices
431 S. Seventh Street, Suite 2530
Minneapolis, Minnesota 55415
Telephone: 612.200.2866
Email:    bkelley@kelleywolter.com

Attorneys for Petitioner Claudia Russ Anderson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Paul McLinko and Claudia Russ Anderson, <br><br> Petitioners, <br><br> v. <br><br> Accenture LLP, <br><br> Respondent. | [PROPOSED] SEALING ORDER |

After consideration of the Administrative Motion to File Documents In Support of the Petition for Order Requiring Compliance with Document Subpoena Issued Pursuant to 12 U.S.C. § 1818 and 12 C.F.R. § 19.26 (the "Administrative Motion"), the Declaration of Daniel M.

Bruggebrew In Support of the Administrative Motion, and the Declaration of the Designating Party in Support of the Administrative Motion; and good cause appearing for the reasons set forth in the Administrative Motion and Declarations in support thereof, the Court makes the following findings:

| Document or Portion Thereof That Is Sought to Be Sealed | Finding |
|---|---|
| Exhibit 2 to the Administrative Motion In Its Entirety | Sealing is appropriate. |
| First redaction on page 3 of Exhibit 3 to the Administrative Motion, citing Exhibit C at 13 | Sealing is appropriate. |
| Second redaction on page 3 of Exhibit 3 to the Administrative Motion, citing Exhibit C at 8 | Sealing is appropriate. |
| Redaction on page 4 of Exhibit 3 to the Administrative Motion, citing Exhibit C at 3, 11 | Sealing is appropriate. |

Therefore the Administrative Motion is **GRANTED**.

Pursuant to Civil Local Rule 79-5(f)(1), Exhibits 2 and 3 to the Administrative Motion will remain under seal, and the public will have access only to the redacted version of Exhibit 3.

**IT IS SO ORDERED.**

DATED: August 21, 2020

_Kandis Westmore_
United States Magistrate Judge